**STATE of Missouri, Respondent,**

v.

**Antonio M. SLATER, Appellant.**

**No. WD 60559.**

Missouri Court of Appeals, Western District.

Jan. 28, 2003.

Sarah Weber Patel, Assistant State Public Defender, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Dora A. Fichter, Assistant Attorney General, Jefferson City, MO, for respondent.

Before JOSEPH M. ELLIS, Chief Judge, PATRICIA BRECKENRIDGE, Judge and RONALD R. HOLLIGER, Judge.

### ORDER

PER CURIAM.

Antonio Slater appeals from his conviction of possession of a controlled substance, § 195.202, RSMo 2000. No jurisprudential purpose would be served by a formal opinion. However, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).